IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSLYNN TERRELL, Individually and <br> as Representative of the Estate of <br> JAMAAL R. VALENTINE, Deceased; <br> ANGELA BUTLER, as next friend <br> of J.V. and JA.V., Minors; and CRYSTAL <br> TRUITT, as next friend of S.M., a Minor <br>     Plaintiffs | § § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:11-cv-229 |
| CITY OF LA MARQUE, TEXAS; <br> FORMER CHIEF RICHARD PRICE; <br> RICHARD GARCIA; FOREST <br> GANDY; MIKE KELEMAN; and <br> TASER INTERNATIONAL, INC. <br>     Defendants | § § § § § § | |

### ORDER REJECTING AND OVERRULING MAGISTRATE'S REPORT AND RECOMMENDATION REGARDING DEFENDANTS' MOTIONS TO DISMISS

On this ___ day of _____, 2011, came on to be considered Plaintiffs' Objections to Magistrate Froeschner's Report and Recommendation Regarding Defendants' Motions to Dismiss, and the Court, after reviewing the motions, is of the opinion and finds that Plaintiffs' Objections are SUSTAINED.

IT IS, THEREFORE, ORDERED that Magistrate Froeschner's Report and Recommendation Regarding Defendants' Motions to Dismiss is Rejected and Defendants' Motions are hereby DENIED.