IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSLYNN TERRELL, Individually and | § | |
| as Representative of the Estate of | § | |
| JAMAAL R. VALENTINE, Deceased; | § | |
| ANGELA BUTLER, as next friend | § | |
| of J.V. and JA.V., Minors; and CRYSTAL | § | |
| TRUITT, as next friend of S.M., a Minor | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-229 |
| | § | |
| CITY OF LA MARQUE, TEXAS; | § | |
| FORMER CHIEF RICHARD PRICE; | § | |
| RICHARD GARCIA; FOREST | § | |
| GANDY; MIKE KELEMAN; and | § | |
| TASER INTERNATIONAL, INC. | § | |
|     Defendants | § | |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs, Joslynn Terrell, Individually and as Representative of the Estate of Jamaal R. Valentine, Deceased; Angela Butler, as next friend of J.V. and JA.V, Minors; and Crystal Truitt, as next friend of S.M., a Minor, come now and file their Disclosure of Interested Parties. Plaintiffs submit the following list:

    Joslynn Terrell, Individually and as Representative of the Estate of Jamaal R. Valentine
    Angela Butler, as next friend of J.V. and JA.V, Minors
    Crystal Truitt, as next friend of S.M., a Minor
    City of La Marque, Texas
    Richard Garcia
    Forest Gandy
    Mike Keleman
    Taser International, Inc.

        Respectfully submitted,

        */s/ John D. Sloan, Jr.*  _____
        JOHN D. SLOAN, JR.
        State Bar No. 18505100
        J. RYAN FOWLER
        State Bar No. 24058357
        SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
        3000 Smith Street, Suite 4
        Houston, Texas 77006
        Telephone: (713) 520-8833
        Facsimile: (713) 520-9933

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was electronically filed on this 21st day of December, 2011, on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following counsel of record:

Mr. William S. Helfand
Mr. Norman Ray Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002

Douglas D. Fletcher
Keith A. Robb
Fletcher, Farley, Shipmand & Salinas, L.L.P.,
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231

Michael A. Brave,
Isaiah Fields
Taser International, Inc.
17800 N. 85th Street
Scottsdale, Arizona 85255

        */s/ John D. Sloan, Jr.*
        JOHN D. SLOAN, JR.