IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSLYNN TERRELL, Individually and | § | |
| as Representative of the Estate of | § | |
| JAMAAL R. VALENTINE, Deceased; | § | |
| ANGELA BUTLER, as next friend | § | |
| of J.V. and JA.V., Minors; and CRYSTAL | § | |
| TRUITT, as next friend of S.M., a Minor | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-229 |
| | § | |
| CITY OF LA MARQUE, TEXAS; | § | |
| RICHARD GARCIA; FOREST | § | |
| GANDY; MIKE KELEMAN; and | § | |
| TASER INTERNATIONAL, INC. | § | |
|     Defendants | § | |

## PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES

TO:     Defendants, City of La Marque, Texas; Richard Garcia; Forest Gandy; and Mike Keleman, by and through their attorney of record, William S. Helfand, Norman Ray Giles; Chamberlain, Hrdlicka, White, Williams & Martin; 1200 Smith Street, Suite 1400; Houston, Texas 77002.

Defendant TASER International, Inc., by and through its attorney of record, Douglas D. Fletcher , Keith A. Robb; Fletcher, Farley, Shipmand & Salinas, L.L.P.; 8750 N. Central Expressway, Suite 1600; Dallas, Texas 75231; and Michael A. Brave, Isaiah Fields; TASER International, Inc.; 17800 N. 85th Street; Scottsdale, Arizona 85255.

In accordance with Federal Rules of Civil Procedure, Plaintiffs hereby give notice of their Initial Disclosure in the above-styled and numbered cause forwarded to counsel for Defendants on January 20, 2012.

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

By: /s/ John D. Sloan, Jr.
    JOHN D. SLOAN, JR.
    State Bar No. 18505100
    J. RYAN FOWLER
    State Bar No. 24058357
    3000 Smith Street, Suite 4
    Houston, Texas 77006
    Phone: (713) 520-8833
    Facsimile: (713) 520-9933

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of January, 2012, a true and correct copy of this document was sent in accordance with the Federal Rules of Civil Procedure, to the following:

Mr. William S. Helfand
Mr. Norman Ray Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002

Douglas D. Fletcher
Keith A. Robb
Fletcher, Farley, Shipmand & Salinas, L.L.P.,
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231

Michael A. Brave,
Isaiah Fields
Taser International, Inc.
17800 N. 85th Street
Scottsdale, Arizona 85255

    /s/ John D. Sloan, Jr.
    JOHN D. SLOAN, JR.
    J. RYAN FOWLER