IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **JOSLYNN TERRELL, Individually and** | § | |
| **as Representative of the Estate of** | § | |
| **JAMAAL R. VALENTINE, Deceased;** | § | |
| **ANGELA BUTLER, as next friend** | § | |
| **of J.V. and JA.V., Minors; and CRYSTAL** | § | |
| **TRUITT, as next friend of S.M., a Minor** | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:11-cv-229** |
| | § | **JURY** |
| **CITY OF LA MARQUE, TEXAS;** | § | |
| **RICHARD GARCIA; FOREST** | § | |
| **GANDY; MIKE KELEMAN; and** | § | |
| **TASER INTERNATIONAL, INC.** | § | |
| **Defendants** | § | |

## PLAINTIFFS' NOTICE OF SECOND SUPPLEMENTAL DISCLOSURES

TO:   Defendants, City of La Marque, Texas; Richard Garcia; Forest Gandy; and Mike Keleman, by and through their attorney of record, William S. Helfand, Norman Ray Giles; Chamberlain, Hrdlicka, White, Williams & Martin; 1200 Smith Street, Suite 1400; Houston, Texas 77002.

In accordance with Federal Rules of Civil Procedure, Plaintiffs hereby give notice of their Second Supplemental Disclosures in the above-styled and numbered cause forwarded to counsel for Defendants on June 21, 2012.

Respectfully submitted,

S<small>LOAN</small>, B<small>AGLEY</small>, H<small>ATCHER</small> & P<small>ERRY</small> L<small>AW</small> F<small>IRM</small>


By: */s/ John D. Sloan, Jr.*
    JOHN D. SLOAN, JR.
    State Bar No. 18505100
    Southern District of Texas No. 106566
    J. RYAN FOWLER
    State Bar No. 24058357
    Southern District of Texas No. 1060863
    3000 Smith Street, Suite 4
    Houston, Texas 77006
    Phone: (713) 520-8833
    Facsimile: (713) 520-9933

ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of June, 2012, a true and correct copy of this document was sent in accordance with the Federal Rules of Civil Procedure, to the following:

Mr. William S. Helfand
Mr. Norman Ray Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002


    */s/ John D. Sloan, Jr.*
    JOHN D. SLOAN, JR.
    J. RYAN FOWLER