IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSLYNN TERRELL, Individually and as Representative of the Estate of JAMAAL R. VALENTINE, Deceased; ANGELA BUTLER, as next friend of JAMAAL VALENTINE and JA'LISHAI VALENTINE; and CRYSTAL TRUITT, as next friend of STEVEN MILES<br>Plaintiffs,<br><br>vs.<br><br>CITY OF LA MARQUE, TEXAS; FORMER CHIEF RICHARD PRICE; RICHARD GARCIA; FORREST GANDY; MIKE KELEMAN; and TASER INTERNATIONAL, INC.<br>Defendants. | § § § § § § § § § § § § § § § § § | C.A. No. 3:11-cv-229 |

## ORDER APPROVING SETTLEMENT AND GRANTING DISMISSAL OF SUIT

The parties to this suit have informed the Court that they have reached a compromise settlement resolving all claims asserted in this litigation, subject only to the approval of the court. All parties inform the Court that they deny any legal liability on their part but have reached agreement to resolve the litigation to avoid further costs and burdens of protracted litigation.

Additionally, Plaintiffs have informed the Court that they have executed a written settlement agreement, which has been tendered to the Court identified as *Exhibit A*. This settlement agreement contains provisions which provides for a payment to Angela Butler as next friend of Jamaal Valentine and Ja'lishai Valentine, payment to Crystal Truitt as next friend of Steven Miles, and also a provision in which Joslynn Terrell has executed a release of all claims of the Estate of Jamaal R. Valentine. The Court, after considering this settlement agreement, finds that it is therefore,

**ORDERED, ADJUDGED and DECREED** that the terms of the Settlement Agreement, attached hereto as *Exhibit A* is approved by the Court as a fair, just and reasonable settlement in the above styled and numbered cause. It is further,

**ORDERED** that in accordance with the settlement agreement, as well as the findings of this Court, the monies paid in settlement shall be distributed as provided in the settlement agreement. It is further,

**ORDERED** that all claims in this suit are dismissed with prejudice pursuant to the stipulation of the Parties and Rule 41 of the Federal Rules of Civil Procedure. It is further,

**ORDERED** that all costs are to be taxed against the party incurring the same.

SIGNED this 1st day of February, 2013.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE